# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| EDIE BROWN HITCHCOCK, et. al., | ) | CIVIL ACTION NO. 1:19-cv-2376 |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | |
| ALICE BROWN HITCHCOCK, et. al., | ) | **RULE 65(b) CERTIFICATION** |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to Fed. R. Civ. P. 65(b)(1)(B), counsel for Plaintiffs Edie Brown Hitchcock, Barbara Ruth Pascoe, and Mary Esther Louise Hitchcock ("Plaintiffs") hereby certifies that it has made the following efforts to provide notice to defendants in this case of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction and Other Emergency Relief (Dkt. 2) and the relief requested therein:

(1) On October 11, 2019, counsel for Plaintiffs advised General Counsel for Merrill Lynch, and the Ohio statutory agent for Merrill Lynch of the current litigation via email and regular mail and provided a copy of the Verified Complaint (Dkt. 1.) The correspondence further notified Defendant Merrill Lynch that Plaintiffs **are seeking relief in the form of a Temporary Restraining Order, Preliminary Injunction, and Other Emergency Relief**, and provided a copy of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction and Other Emergency Relief (i.e., Appointment of Interim Trustee) and Memorandum in Support of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, along with the Proposed Temporary Restraining Order.

(2) On October 11, 2019, counsel for Plaintiffs informed Attorney Jonathan McPhee, counsel for Defendant Alice Hitchcock Brown, of the current litigation via email and regular mail and provided a copy of the Verified Complaint. The correspondence further notified Defendant Merrill Lynch that Plaintiffs **are seeking relief in the form of a Temporary Restraining Order, Preliminary Injunction, and Other Emergency Relief**, and provided a copy of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction and Other Emergency Relief (i.e., Appointment of Interim Trustee) and Memorandum in Support of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, along with the Proposed Temporary Restraining Order.

Accordingly, Plaintiffs have provided notice of the Verified Complaint, Application for TRO and Preliminary Injunction and Other Emergency Relief, the Proposed Temporary Restraining Order, and supporting documentation to the Defendants in this litigation. Therefore, no further notice efforts should be required.

Respectfully submitted,

/s/ *Steven S. Kaufman*
Steven S. Kaufman (0016662)
*Steve.Kaufman@Kaufman-Company.com*
Robin M. Wilson (0066604)
*Robin.Wilson@Kaufman-Company.com*
Chad D. Cooper (OH – 0074322)
*Chad.Cooper@Kaufman-Company.com*
Ashtyn N. Saltz (0089548)
*Ashtyn.Saltz@Kaufman-Company.com*

KAUFMAN & COMPANY, LLC
1001 Lakeside Avenue – Suite 1710
Cleveland, Ohio 44114
PH: 216.912.5500
FX: 216.912.5501

*Attorneys for Plaintiffs*
*Edie Brown Hitchcock, Barbara Ruth Pascoe, and*
*Mary Esther Louise Hitchcock*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Copies of the foregoing were also served via email and regular mail upon the following:

Jonathan McPhee
North Atlantic Legal, PLLC
155 Fleet St.
Portsmouth, NH 03801
jmcphee@northatlanticlegal.com
*Counsel for Alice Brown Hitchcock*

Merrill Lynch Wealth Management,
a Division of Merrill Lynch, Pierce,
Fenner & Smith, Inc.
David G. Leitch, General Counsel
Todd Stillerman, Assistant General Counsel
214 North Tryon Street, NC1-027-20-05,
Charlotte, North Carolina 28255
david.leitch@bankofamerica.com
william.stillerman@bankofamerica.com

and

c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219

/s/ Steven S. Kaufman

*One of the Attorneys for Plaintiffs*
*Edie Brown Hitchcock, Barbara Ruth*
*Pascoe, and Mary Esther Louise Hitchcock*